UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>vs.　　　　　　　　　　　　　　)<br>Joel Davila　　　　　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>　　　　　Defendant(s).　　　　　) | CRIMINAL NO. 08MJ1321<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　　On order of the United States District/Magistrate Judge,　**NITA L. STORMES**

　　　IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Omar Santoyo-Padilla

DATED: 5-8-08

　　　　　　　　　　　　　　　　　　　　　　　　NITA L. STORMES

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____　　　　　　　　　　OR
　　　　　　　DUSM

　　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　by

　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

2008 MAY 8 P 12: 24