# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs JOEL DAVILA (1)            No. 08CR1638-BEN

The Court finds excludable delay, under the section indicated by check ( ✓ ), commenced on __6/3/08__ and ended on __8/25/08__ ;(X7,XT1)
_____ and ended on _____ . (   )

```
3161(h)
___(1)(A)     Exam or hrg for mental or physical incapacity              A
___(1)(B)     NARA examination (28:2902)                                  B
___(1)(D)     State or Federal trials or other charges pending            C
___(1)(E)     Interlocutory appeals                                       D
___(1)(F)     Pretrial motions (from flg to hrg or other prompt dispo)   E
___(1)(G)     Transfers from other district (per FRCrP 20, 21 & 40)      F
___(1)(J)     Proceedings under advisement not to exceed thirty days     G
___           Misc proc: Parole or prob rev, deportation, extradition    H
___(1)(H)     Transportation from another district or to/from examination 6
              or hospitalization in ten days or less
 X (1)(I)     Consideration by Court of proposed plea agreement          (7)
___(2)        Prosecution deferred by mutual agreement                    I
___(3)(A)(B)  Unavailability of defendant or essential witness            M
___(4)        Period of mental or physical incompetence of defendant to   N
              stand trial
___(5)        Period of NARA commitment or treatment                      O
___(6)        Superseding indictment and/or new charges                   P
___(7)        Defendant awaiting trial of co-defendant when no severance  R
              has been granted
___(8)(A)(B)  Continuances granted per (h)(8)-use "T" alone if more than  T
              one of the reasons below are given in support of continuance
___(8)(B)(I)  1) Failure to grant a continuance in the proceeding        (T1)
                 would result in a miscarriage of justice and
                 the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 (Continuance - miscarriage of justice)
 X            2) Failure to grant a continuance of the trial would result in
                 a miscarriage of justice as the defendant has tendered a
                 guilty plea to a magistrate judge and is awaiting a
                 determination as to whether the plea will be accepted.
                 (Continuance - tendered a guilty plea)
___(8)(B)(ii)  2) Case unusual or complex                                 T2
___(8)(B)(iii) 3) Indictment following arrest cannot be filed in thirty (30) days  T3
___(8)(B)(iv)  4) Continuance granted in order to obtain or substitute counsel,    T4
                  or give reasonable time to prepare
                  (Continuance re counsel)
___3161(I)    Time up to withdrawal of guilty plea                        U
___3161(b)    Grand jury indictment time extended thirty (30) more days   W
```

Date __6/3/08__              __RCS__
                                                                      Judge's Initials