| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | STEWART M. YOUNG |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 234889 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6228 /(619) 235-4716 (Fax) |
|   | Email: stewart.young@usdoj.gov@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1638 BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| JOEL DAVILA (1), | ) | |
| and | ) | |
| ANTONIO ARROYO-TORRES (2), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| N/A | | | |

1
2
3
4
5
6      Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
7   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:
8

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

9
10     DATED: June 25, 2008

                              Respectfully submitted,
11
                              KAREN P. HEWITT
12                            United States Attorney

13
                              s/ *Stewart M. Young*
14                            STEWART M. YOUNG
                              Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Notice of Appearance
    United States v. Davila, et al.             2                    08-CR-1638 BEN

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-1638 BEN |
| Plaintiff | |
| v. | CERTIFICATE OF SERVICE |
| JOEL DAVILA (1), and ANTONIO ARROYO-TORRES (2), | |
| Defendants. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Gary Edwards, Esq.

Inge Brauer, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2008.

s/ *Stewart M. Young*
STEWART M. YOUNG

Notice of Appearance
United States v. Davila, et al.                                                                                              08-CR-1638 BEN